```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 I Street, Ste 10-100
    Sacramento, CA 95814
 4  Telephone (916) 554-2790
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA      ) CR. NO. S-96-350-09-WBS
                                  )
12              Plaintiff,        )
                                  ) STIPULATION AND (PROPOSED) ORDER
13         v.                     ) TO CONTINUE SENTENCING HEARING
                                  )
14  HUY CHI LUONG ,               )
                                  )
15              Defendant.        )
                                  )
16  _____ )
17
18       The United States of America, through its counsels of record,
19  Benjamin B. Wagner, United States Attorney for the Eastern District
20  of California, and William S. Wong, Assistant United States
21  Attorney, and defendant Huy Chi Luong, through his counsel, John
22  Balazs , Esq., stipulate and agree to the following revised
23  sentencing hearing currently set for October 29, 2012, at 9:30 am
24  and to the sentencing hearing to January 22, 2013, at 9:30 am.
25  Counsel for the government needs additional time to file a
26  sentencing memorandum and will be out of the office on medical leave
27  for knee surgery from late November through January 3, 2013.
28  ///
```

The parties stipulate that there is good cause for the continuance.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: October 26, 2012      By: /s/ William S. Wong
                             WILLIAM S. WONG
                             Assistant U.S. Attorney

DATED: October 26, 2012      By: /s/ John Balazs
                             JOHN BALAZS
                             Attorney for Defendant

---

**ORDER**

For the reasons set forth above, the sentencing hearing is continued to January 22, 2013, at 9:30 am.

DATED: October 26, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE