```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  CASE NO. 2:96-CR-350-09 WBS
                                   )
12              Plaintiff,         )  ORDER TO RESET SENTENCING
                                   )  HEARING
13       v.                        )
                                   )
14  HUY CHI LUONG,                 )
                                   )
15              Defendant.         )
                                   )
16
17       For the reasons set forth above, the revised sentencing hearing
18  schedule is adopted.  Sentencing in this matter is now continued to
19  March 11, 2013, 9:30 A.M.
20    DATED:  January 18, 2013
21                          _____
22                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE
```