```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )  CASE NO. 2:96-CR-350-09 WBS
                                 )
11              Plaintiff,       )  STIPULATION AND [PROPOSED]
                                 )  ORDER TO RESET SENTENCING
12  v.                           )  HEARING
                                 )
13  HUY CHI LUONG,               )
                                 )
14              Defendant.       )
                                 )
15  _____)
16
17       The United States of America, through its counsels of record,
18  Benjamin B. Wagner, United States Attorney for the Eastern District
19  of California, and William S. Wong, Assistant United States Attorney,
20  and defendant HUY CHI LUONG, through his counsel, John Balazs, Esq.,
21  stipulate and agree to the following revised sentencing hearing
22  currently set for May 13, 2013, at 9:30 a.m. to a new sentencing
23  hearing date of May 20, 2013, at 9:30 a.m.
24       The defendant's reply to the Government's sentencing memoranda
25  raises several issues that necessitated the need for the government
26  to obtain a transcript of the defendant's sentencing hearing before
27  Judge Patel in the Northern District of California; the presentence
28  report that was filed in the Northern District of California; and the
```

Northern District of California's indictment charging RICO offenses. The government was able to obtain the aforementioned documents just yesterday, May 8, 2013, with the assistance of defendant's counsel and the AUSA in the Northern District of California. The government needs additional time to adequately and effectively respond to the issues raised in the defendant's reply to the Government's sentencing memoranda.

    Counsel for the defendant was contacted and has no objection to this request to change the sentencing hearing date to May 20, 2013.

Respectfully submitted,

DATED: May 9, 2013      BENJAMIN B. WAGNER
United States Attorney

By: /s/ William S. Wong
WILLIAM S. WONG
Assistant U.S. Attorney

DATED: May 9, 2013      By: /s/John Balazs
JOHN BALAZS
Attorney for Defendant

BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:96-CR-350 WBS |
| Plaintiff, | ORDER TO RESET SENTENCING HEARING |
| v. | |
| HUY CHI LUONG, | |
| Defendant. | |

For the reasons set forth above, the sentencing hearing date is now changed to May 20, 2013, at 9:30 a.m.

DATED:   May 9, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE