```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )  CASE NO. 2:96-CR-350-09 WBS
                                 )
11              Plaintiff,       )  STIPULATION AND [PROPOSED]
                                 )  ORDER TO RESET SENTENCING
12  v.                           )  HEARING
                                 )
13  HUY CHI LUONG,               )
                                 )
14              Defendant.       )
                                 )
15  _____)
16
17      The United States of America, through its counsels of record,
18  Benjamin B. Wagner, United States Attorney for the Eastern District
19  of California, and William S. Wong, Assistant United States Attorney,
20  and defendant HUY CHI LUONG, through his counsel, John Balazs, Esq.,
21  stipulate and agree to the following revised sentencing hearing
22  currently set for May 20, 2013, at 9:30 a.m. to a new sentencing
23  hearing date of June 3, 2013, at 9:30 a.m.
24      Due to an eye injury to government counsel, additional time is
25  needed to medically treat the eye injury and allow for the blurred
26  vision to clear up in order to effectively research and write the
27  government's reply to the defendant's latest filing.  In other words,
28  the government needs additional time to adequately and effectively
```

1

respond to the issues raised in the defendant's reply to the Government's sentencing memoranda.

Counsel for the defendant was contacted and has no objection to this request to change the sentencing hearing date to June 3, 2013.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 17, 2013     By:  /s/ William S. Wong
                             WILLIAM S. WONG
                             Assistant U.S. Attorney

DATED: May 17, 2013     By:  /s/John Balazs
                             JOHN BALAZS
                             Attorney for Defendant

```
BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:96-CR-350 WBS |
| ) Plaintiff, ) | ORDER TO RESET SENTENCING HEARING |
| v. ) | |
| HUY CHI LUONG, ) | |
| ) Defendant. ) | |

For the reasons set forth above, the sentencing hearing date is now changed to June 3, 2013, at 9:30 a.m.

DATED: May 17, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE